# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WEBROOT INC. and OPENTEXT, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SOPHOS LTD., <br><br> Defendant. <br><br>―――――――――――――――― <br><br> SOPHOS LTD., <br><br> Counterclaim-Plaintiff, <br><br> v. <br><br> WEBROOT INC., OPENTEXT, INC., and OPENTEXT CORP., <br><br> Counterclaim-Defendants. | Case No. 6:22-cv-00240-ADA-DTG <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANT SOPHOS LTD.'S CLARIFICATION OF RELIEF REQUESTED

Defendant Sophos Ltd. ("Sophos") filed its Reply in support of its Motion to Dismiss Claims for Willful and Indirect Patent Infringement in Plaintiffs' First Amended Complaint Under Federal Rule of Civil Procedure 12(b)(6) on July 28, 2022. ECF No. 50. In the Conclusion of the Reply, Sophos mistakenly requested the dismissal with prejudice of Plaintiffs Webroot Inc's. and Open Text, Inc.'s (collectively, "Plaintiffs") post-suit willful and indirect infringement claims. Sophos clarifies that its Motion to Dismiss requests the dismissal of Plaintiffs' post-suit willful and indirect patent infringement claims without prejudice.

Dated:  August 10, 2022

Josh Krevitt (*Pro hac vice*)
Brian Rosenthal (*Pro hac vice*)
Katherine Dominguez (*Pro hac vice*)
Allen Kathir (*Pro hac vice*)
Allyson Parks (*Pro hac vice*)
Michael Polka (*Pro hac vice*)
Benjamin Z. Bistricer (*Pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, New York 10166-0005
Telephone:  (212) 351-4000
Facsimile:  (212) 716-0839
Email:  jkrevitt@gibsondunn.com
Email:  brosenthal@gibsondunn.com
Email:  kdominguez@gibsondunn.com
Email:  akathir@gibsondunn.com
Email:  aparks@gibsondunn.com
Email:  mpolka@gibsondunn.com
Email:  bbistricer@gibsondunn.com

Timothy P. Best (*Pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-1504
Telephone:  (213) 229-7659
Facsimile:  (213) 229-6659
Email:  tbest@gibsondunn.com

Ryan Iwahashi (*Pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1881 Page Mill Road
Palo Alto, California 94304-1211
Telephone:  (650) 849-5300
Facsimile:  (650) 849-5067
Email:  riwahashi@gibsondunn.com

Respectfully submitted,

*/s/ J. Stephen Ravel*
J. Stephen Ravel
Texas State Bar No. 16584975
KELLY HART & HALLMAN LLP
303 Colorado, Suite 2000
Austin, Texas 78701
Tel:  (512) 495-6429
Email:  steve.ravel@kellyhart.com

*Attorneys for Defendant/Counterclaim-Plaintiff Sophos Ltd.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system on August 10, 2022.

*/s/ J. Stephen Ravel*
J. Stephen Ravel
