UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | | |
|---|---|---|---|
| WEBROOT, INC., OPEN TEXT, INC. | § § | | |
| vs. | § § § | NO: | WA:22-CV-00240-ADA |
| SOPHOS LTD, SOPHOS LTD, OPENTEXT CORP., OPEN TEXT, INC., WEBROOT, INC.<br>　*Defendant* | § | | |

# ORDER SETTING MOTIONS HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is SET for MOTIONS HEARING, in U.S. Magistrate Court, Courtroom No. 2, Third Floor, 800 Franklin Avenue, Waco, Texas, on December 08, 2022 at 10:00 AM.

**IT IS SO ORDERED** this **17th day of November, 2022**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE