IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **Webroot, Inc. and Open Text, Inc.,** *Plaintiffs,* v. **Sophos Ltd.,** *Defendant.* | Civil Action No. 6:22-cv-00240-ADA <br><br> **JURY TRIAL DEMANDED** |
| **Sophos Ltd.,** *Counterclaim-Plaintiff,* v. **Webroot, Inc., Open Text, Inc., and Open Text Corp.,** *Counterclaim-Defendants.* | |

## NOTICE OF INTENT TO PROCEED WITH VENUE DISCOVERY

Plaintiffs Webroot, Inc. and Open Text, Inc. ("Plaintiffs") and counter-claim defendant Open Text Corporation ("OTC") file this Notice to inform all parties and the Court of its intent to proceed with venue discovery in accordance with the Court's Standing Orders.

On November 17, 2022, despite filing counterclaims for patent infringement against Plaintiffs and adding new party (OTC), Defendant and Counterclaim Plaintiff Sophos Ltd. filed a Motion to Transfer to the Austin Division of the Western District of Texas. Plaintiffs and OTC oppose this motion. Pursuant to the Court's standing orders, venue discovery automatically opens upon the filing of an initial venue motion and shall be completed no later 10 weeks after the filing of such motion. Plaintiffs also note this case is one of five CRSR related cases.

Plaintiffs and OTC hereby provides notice of its intent to proceed with venue discovery and briefing as outlined in the below schedule:

| EVENT | DATE/DEADLINE |
|---|---|
| Initial Motion Filed | November 17, 2022 |
| Venue Discovery Cut-Off | January 26, 2023 |
| Plaintiffs' Response Brief | February 9, 2023 |
| Sophos's Reply Brief | February 23, 2023 |

DATED:  November 22, 2022              Respectfully submitted,

By: /s/ *Mark D. Siegmund*

MARK D. SIEGMUND
  mark@swclaw.com
**STECKLER WAYNE CHERRY & LOVE, PLLC**
8416 Old McGregor Rd.
Waco, Texas 76712
Telephone: (254) 651-3690
Telecopier: (254) 651-3689

STEVEN ROBERT SPRINKLE
  ssprinkle@sprinklelaw.com
**SPRINKLE IP LAW GROUP**
1301 W. 25th Street, Suite 408
Austin, Texas 78705
Telephone: (512) 637-9221
Telecopier: (512) 371-9088

JEFFREY D. MILLS
  jmills@kslaw.com
**KING & SPALDING LLP**
500 W. 2nd Street, Suite 1800
Austin, TX 78701
Telephone: (512) 457-2027
Telecopier: (202) 626-3737

CHRISTOPHER C. CAMPBELL
  ccampbell@kslaw.com
PATRICK M. LAFFERTY
  plafferty@kslaw.com
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 737-0500
Telecopier: (202) 626-3737

BRIAN J. EUTERMOSER
  beutermoser@kslaw.com
BRITTON F. DAVIS
  bfdavis@kslaw.com
**KING & SPALDING LLP**
1401 Lawrence Street, Suite 1900
Denver, Colorado 80202
Telephone: (720) 535-2300
Telecopier: (720) 535-2400

*Counsel for Webroot, Inc., Open Text, Inc., and Open Text Corp.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on November 22, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(b)(1).

*/s/ Mark D. Siegmund*
Mark D. Siegmund