# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WEBROOT INC. and OPEN TEXT, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> SOPHOS LTD., <br><br> *Defendant*. | Case No. 6:22-CV-00243-ADA-DTG (LEAD CASE) <br><br> Case No. 6:22-CV-00240-ADA-DTG (Consolidated) <br><br> **JURY TRIAL DEMANDED** |

## JOINT NOTICE OF VOLUNTARY DISMISSAL
## OF CERTAIN OF PLAINTIFFS' CLAIMS WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Court's Standing Order Governing Proceedings (OGP) 4.2 – Patent Cases (filed ), Plaintiffs Webroot, Inc. and Open Text, Inc. (collectively, "Plaintiffs") and Defendant Sophos Ltd. hereby file this Joint Notice of Voluntary Dismissal of Certain of Plaintiffs' Claims Without Prejudice, and respectfully show as follows:

Plaintiffs hereby voluntarily dismiss, without prejudice, the following claims from their Second Amended Complaint for Patent Infringement (ECF No. 76) pursuant to and in accordance with the procedure set forth in the Court's Standing OGP 4.2:

1. Claims for indirect infringement (*e.g.*, claims for inducement and contributory infringement under 35 U.S.C. 0167 271(b)-(c)) to the extent those claims involve allegations of indirect infringement prior to the filing date of the Complaint for Patent Infringement (ECF No. 1); and

2. Claims for willful infringement to the extent those claims involve allegations of willful infringement prior to the filing date of the Complaint for Patent Infringement (ECF. No. 1).

Plaintiffs hereby maintain their claims of indirect and willful infringement to the extent those claims involve allegations of indirect and/or willful infringement arising after the filing date of the Complaint for Patent Infringement (ECF No. 1), and Defendant Sophos reserves its right to seek dismissal of such claims.

Dated: November 29, 2022

Respectfully submitted,

/s/ Jeffrey D. Mills
JEFFREY D. MILLS
  jmills@kslaw.com
**KING & SPALDING LLP**
500 W. 2nd Street, Suite 1800
Austin, TX 78701
Telephone: (512) 457-2027
Telecopier: (202) 626-3737

CHRISTOPHER C. CAMPBELL
  ccampbell@kslaw.com
PATRICK M. LAFFERTY
  plafferty@kslaw.com
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 737-0500
Telecopier: (202) 626-3737

BRIAN J. EUTERMOSER
  beutermoser@kslaw.com
BRITTON F. DAVIS
  bfdavis@kslaw.com
**KING & SPALDING LLP**
1401 Lawrence Street, Suite 1900
Denver, Colorado 80202
Telephone: (720) 535-2300
Telecopier: (720) 535-2400

/s/ J. Stephen Ravel
J. Stephen Ravel
Texas State Bar No. 16584975
**KELLY HART & HALLMAN LLP**
303 Colorado Street, Suite 2000
Austin, Texas 78701-0022
Telephone: (512) 495-6429
Email: steve.ravel@kellyhart.com

Josh Krevitt (*Pro hac vice*)
Brian Rosenthal (*Pro hac vice*)
Katherine Dominguez (*Pro hac vice*)
Allen Kathir (*Pro hac vice*)
Allyson Parks (*Pro hac vice*)
Michael M. Polka (*Pro hac vice*)
Benjamin Z. Bistricer (*Pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, New York 10166-0005
Telephone: (212) 351-4000
Facsimile: (212) 716-0839
Email: jkrevitt@gibsondunn.com
Email: brosenthal@gibsondunn.com
Email: kdominguez@gibsondunn.com
Email: akathir@gibsondunn.com
Email: aparks@gibsondunn.com
Email: mpolka@gibsondunn.com
Email: bbistricer@gibsondunn.com

2

| | |
|---|---|
| MARK D. SIEGMUND<br>  mark@swclaw.com<br>**STECKLER WAYNE**<br>**CHERRY & LOVE, PLLC**<br>8416 Old McGregor Rd.<br>Waco, Texas 76712<br>Telephone: (254) 651-3690<br>Telecopier: (254) 651-3689<br><br>STEVEN ROBERT SPRINKLE<br>  ssprinkle@sprinklelaw.com<br>**SPRINKLE IP LAW GROUP**<br>1301 W. 25th Street, Suite 408<br>Austin,Texas 78705<br>Telephone: (512) 637-9221<br>Telecopier: (512) 371-9088<br><br>***Counsel for Webroot, Inc. and Open Text, Inc.*** | Ryan Iwahashi (*Pro hac vice*)<br>**GIBSON, DUNN & CRUTCHER LLP**<br>1881 Page Mill Road<br>Palo Alto, California 94304-1211<br>Telephone:  (650) 849-5300<br>Facsimile:  (650) 849-5067<br>Email:  riwahashi@gibsondunn.com<br><br>Timothy P. Best (*Pro hac vice*)<br>**GIBSON, DUNN & CRUTCHER LLP**<br>333 South Grand Avenue<br>Los Angeles, California 90071-1504<br>Telephone:  (213) 229-7659<br>Facsimile:  (213) 229-6659<br>Email:  tbest@gibsondunn.com<br><br>***Counsel for Defendant Sophos Ltd.*** |

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on November 29, 2022, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

                */s/ J. Stephen Ravel*
                J. Stephen Ravel