# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **WEBROOT, INC., OPEN TEXT, INC.** § § | |
| vs. § § § | NO: WA:22-CV-00240-ADA |
| **SOPHOS LTD, SOPHOS LTD, OPENTEXT CORP., OPEN TEXT, INC., WEBROOT, INC.** § *Defendant* | |

# ORDER CANCELLING MOTIONS HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case having been set for MOTIONS HEARING, on December 08, 2022 at 10:00 AM is hereby CANCELLED and will be reset in the LEAD CASE of WA:22-CV-243.

**IT IS SO ORDERED** this **30th day of November, 2022**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE